# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated, | : CIVIL ACTION FILE NO. 25-cv-851 |
| Plaintiff, | |
| v. BIO TRUST NUTRITION, LLC | |
| Defendant. | |

## NOTICE OF APPEARANCE

Anthony I. Paronich is filing this Notice of Appearance on behalf of the plaintiff.

Dated: March 16, 2025         PLAINTIFF,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100