# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **PEGGY BANKS, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**BIO TRUST NUTRITION, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-00851-GPG<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Mike Rosedale, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Bio Trust Nutrition LLC in Arapahoe County, CO on March 21, 2025 at 2:12 pm at 1900 West Littleton Boulevard, Littleton, CO 80120 by leaving the following documents with COLE STENDER who as Manager at Corporation service company is authorized by appointment or by law to receive service of process for Bio Trust Nutrition LLC.

Summons In A Civil Action, Jury Trial Demanded Class Action

White Male, est. age 35-44, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.6130647689,-105.0104067459
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Denver County  ,
  CO   on   3/24/2025  .

/s/ *Mike Rosedale*
Signature
Mike Rosedale
+1 (303) 927-8315



Exhibit 1a)