# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

PEGGY BANKS,

      Plaintiff,

v.

BIO TRUST NUTRITION, LLC,

      Defendant.

Case No. 1-25-cv-00851-GPG-SBP

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BIO TRUST NUTRITION, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

Defendant Bio Trust Nutrition, LLC ("BioTrust"), by and through its counsel of record, and pursuant to FED. R. CIV. P. 6(b)(1) and Local Civil Rule 6.1(a), hereby files this Unopposed Motion for an Extension of Time for BioTrust to Answer, move, or otherwise respond to the Complaint and in support states:

1.     Plaintiff filed this action on March 15, 2025 and served BioTrust on March 21, 2025.

2.     BioTrust's responsive pleading is currently due on April 11, 2025.

3.     BioTrust recently engaged counsel to represent it in this matter.

4.     BioTrust has not previously requested an extension of time in this matter.

5.     The requested extension of time is necessary to allow counsel to investigate Plaintiff's allegations, assess their claims, analyze BioTrust's internal records, and prepare a response to the Complaint.

6.     Further, the additional time afforded by the extension will enable the parties to explore an early resolution, potentially obviating the need for further use of court time and resources.

4.     BioTrust has conferred with Plaintiff's counsel and Plaintiff does not oppose an extension of BioTrust's time to respond to the Complaint.

6.     The proposed extension is sought in good faith and not for the purposes of delay.

7.     No party would be prejudiced by the proposed extension.

UNOPPOSED MTN FOR EXTENSION OF
TIME TO RESPOND

8.    For the foregoing reasons, BioTrust requests that the Court issue an order extending the date, to May 9, 2025, on which BioTrust must Answer or otherwise respond to Plaintiff's Complaint.

Dated: April 4, 2025                    JONES DAY


By: */s/ Ryan D. Ball*
    Ryan D. Ball
    rball@jonesday.com
    Matthew T. Billeci
    mbilleci@jonesday.com

    3161 Michelson Drive
    Suite 800
    Irvine, CA  92612.4408
    Telephone:    +1.949.851.3939
    Facsimile:    +1.949.553.7539

    Attorneys for Defendant
    Bio Trust Nutrition, LLC

UNOPPOSED MTN FOR EXTENSION OF
TIME TO RESPOND

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Ryan D. Ball*
Ryan D. Ball

UNOPPOSED MTN FOR EXTENSION OF
TIME TO RESPOND