# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PEGGY BANKS, | Case No. 1-25-cv-00851-GPG-SBP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BIO TRUST NUTRITION, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| BIO TRUST NUTRITION, LLC, | |
| Defendant. | |

- 1 -

- 2 -

[PROPOSED] ORDER

Having considered Bio Trust Nutrition, LLC's Unopposed Motion for Extension of Time For Bio Trust Nutrition, LLC to Answer or Otherwise Respond to Plaintiff's Complaint, and good cause appearing,

IT IS ORDERED that the Motion is GRANTED.

Bio Trust Nutrition, LLC's deadline to Answer or otherwise respond to Plaintiff's Complaint is hereby extended to May 9, 2025.

IT IS SO ORDERED.

Date:

By: _____
HON. GORDON P. GALLAGHER
United States District Judge