## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. __1:25__ -cv- __00851 GPG__ - __SBP__

__PEGGY BANKS, individually, et. seq.__ ,

      Plaintiff(s),

v.

__BIO TRUST NUTRITION, LLC,__ ,

      Defendant(s).

### ELECTION CONCERNING CONSENT/NON-CONSENT TO
### UNITED STATES MAGISTRATE JUDGE JURISDICTION

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ [ ] _____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

_____ [✓] _____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

ANDREW ROMAN PERRONG
_____
Printed name

/s/ Andrew Roman Perrong
_____
Signature

Plainitff
_____
Party represented

5/20/2025
_____
Date


ANTHONY PARONICH
_____
Printed name

/s/ Anthony Paronich
_____
Signature

Plaintiff
_____
Party represented

5/20/2025
_____
Date


RYAN D. BALL
_____
Printed name

/s/ Ryan D. Ball
_____
Signature

Defendant  BIO TRUST NUTRITION
_____
Party represented

5/20/2025
_____
Date


**NOTE:**  You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.