IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00851-GPG

PEGGY BANKS, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

BIO TRUST NUTRITION, LLC,

      Defendant.

**DECLARATION OF RYAN BALL IN SUPPORT OF DEFENDANT BIO TRUST NUTRITION, LLC'S MOTION FOR PROTECTIVE ORDER LIMITING DISCOVERY TO THRESHOLD ISSUES RELATING TO PLAINTIFF'S INDIVIDUAL CLAIMS**

## DECLARATION OF RYAN D. BALL

I, Ryan D. Ball, declare and state:

1. I am over the age of 18 years old. I am a partner in the law firm Jones Day, counsel of record for Defendant Bio Trust Nutrition, LLC ("BioTrust"), and I am a member in good standing of the bars of the States of California and New York. I make this declaration in support of BioTrust's Motion For Protective Order Limiting Discovery To Threshold Issues Relating To Plaintiff's Individual Claims. The contents of this declaration are based on my own personal knowledge and my review of information, documents, and records in this case, and if called as a witness, I would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the interrogatories, requests for the production of documents, and requests for admission (collectively, the "Requests") served by counsel for Plaintiff Peggy Banks ("Plaintiff") on BioTrust on June 3, 2025.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of June, 2025, in Irvine, California.

_____
Ryan D. Ball

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2025, I have caused a true and correct copy of the foregoing **DECLARATION OF RYAN BALL IN SUPPORT OF DEFENDANT BIO TRUST NUTRITION, LLC'S MOTION FOR PROTECTIVE ORDER LIMITING DISCOVERY TO THRESHOLD ISSUES RELATING TO PLAINTIFF'S INDIVIDUAL CLAIMS** to be served with the Court via the CM/ECF system, which shall serve the same on the following:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan D. Ball*
　　　　　　　　　　　　　　　　　　　　　　Ryan D. Ball

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*