IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00851-GPG

PEGGY BANKS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BIO TRUST NUTRITION, LLC,

    Defendant.

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in the above-captioned matter as counsel for:

**Defendant Bio Trust Nutrition, LLC**.

DATED at Irvine, California on this 27th day of June 2025.

| | |
|---|---|
| | TJ Herron |
| | Name of Attorney |
| | |
| | JONES DAY |
| | Firm Name |
| | |
| | 3161 Michelson Drive, Suite 800 |
| | Office Address |
| | |
| | Irvine, CA 92612 |
| | City, State, ZIP code |
| | |
| | (949) 553-7539 |
| | Telephone Number |
| | |
| | therron@jonesday.com |
| | Primary CM/ECF E-mail Address |

                                        Respectfully Submitted

Dated: June 27, 2025                      JONES DAY

                                        By: *s/ TJ Herron*
                                              TJ Herron
                                              therron@jonesday.com
                                              3161 Michelson Drive, Suite 800
                                              Irvine, CA 92612
                                              Telephone:    +1.949.851.3939
                                              Facsimile:     +1.949.553.7539

                                              *Attorneys for Defendant Bio Trust*
                                              *Nutrition, LLC*

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of June, 2025, I have caused a true and correct copy of the foregoing **ENTRY OF APPEARANCE** to be served with the Court via the CM/ECF system, which shall serve the same on the following:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff*

                                                      */s/ TJ Herron*
                                                      TJ Herron

                                                      *Attorneys for Defendant*