IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:25-cv-00851-GPG-SBP | Date: June 30, 2025 |
| Courtroom Deputy:   Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated, | Andrew Perrong |
| Plaintiff, | |
| v. | |
| BIO TRUST NUTRITION, LLC, | TJ Herron |
| Defendant. | |

### COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**11:02 a.m.**   **Court in session.**

The Court calls the case. Appearances of counsel.

Discussion is held regarding Defendant's Restricted Motion to Bifurcate Discovery [ECF No. 14] and Motion for Protective Order [ECF No. 15] filed on June 27, 2025.

Discussion is held regarding the the nature of the restriction requirement for [ECF No. 14].

For the reasons stated on the record, it is

**ORDERED:**   On or before **July 7, 2025**, Defendant shall file a Motion to Restrict which provides the court with a redacted copy of the Declaration of Brian Rosin.

Plaintiff's response to Defendant's Motions to Bifurcate Discovery [ECF No. 14] and Motion for Protective Order [ECF No. 15] are due on or before **July 18, 2025**.  Reply brief (if any) is due **August 1, 2025**.

In light of the combined response and reply briefs anticipated to the pending motions, the court finds good cause to extend page limitations for both parties by 5 pages each. Accordingly, Plaintiff's response brief is limited to 20 pages and Defendants' reply is limited to 15 pages.

**Scheduling Order is NOT entered.**

**11:32 a.m.      Court in recess.**

Hearing concluded.
Total in-court time:  30 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.