# Attachment 1:

**Redacted Declaration of Brian Rosin**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00851-GPG

PEGGY BANKS, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

BIO TRUST NUTRITION, LLC,

        Defendant.

**EXHIBIT 1 – DECLARATION OF BRIAN ROSIN IN SUPPORT OF DEFENDANT BIO TRUST NUTRITION, LLC'S MOTION TO BIFURCATE DISCOVERY**

## DECLARATION OF BRIAN ROSIN

I, BRIAN ROSIN, declare and state:

1. I am over the age of 18 years old. I am the CFO and SVP of eCommerce of Bio Trust Nutrition, LLC ("BioTrust"), a position I have held since October 4, 2021. I make this declaration in support of BioTrust's Motion to Bifurcate Discovery. My duties at BioTrust require that I am familiar with BioTrust's electronic databases and software systems that store and document historical consumer purchase information, including the webpages that a consumer would have encountered to complete online purchases of BioTrust retail products, the personal identifying information that a consumer enters to complete purchases, which links or buttons the consumer clicked on, and the date and time of such online purchases. I am likewise familiar with BioTrust's internal records that store and document when a consumer affirmatively consents to receiving SMS text messages from or on behalf of BioTrust in connection with an online purchase, as well as when or if the consumer subsequently opts out of receiving SMS text messages by or on behalf of BioTrust. Based on my familiarity with the consumer purchase process and

BioTrust's databases that store online purchase information, I am able to retrieve historical consumer purchase data upon receipt of that consumer's personally identifiable information. Once I locate the consumer's purchase history, I am able to validate details such as the date and time of their purchase, the exact online webpages and webforms that the consumer encountered when completing their purchase, as well as whether the consumer consented to receive SMS text messages by or on behalf of BioTrust. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would competently testify thereto.

2. Based upon my review of BioTrust's consumer purchase data maintained in the regular course of business, including such data specific to Plaintiff Peggy Banks ("Plaintiff"), Plaintiff clicked on an advertisement on Facebook on September 27, 2020 and proceeded to visit ten (10) of BioTrust's webpages between September 27, 2020 and September 28, 2020. Seven (7) of Plaintiff's webpage views happened prior to her completing the purchase of Keto Elevate™ — Pure C8 MCT Oil Powder from BioTrust for $36.98. The eighth webpage view was an order confirmation page, and Plaintiff then viewed two (2) additional webpages after that. In order to complete her purchase, Plaintiff navigated and completed various webforms on BioTrust's checkout page, which required her to type in her email (███████████) and shipping address (██████████████████████). Plaintiff also provided her phone number (██████████). Based on my review of BioTrust's historical records, a true and correct representation of the BioTrust webform as a would have appeared to Plaintiff when she entered her phone number is below:



3. The disclosure "Yes! Keep me up to date on news and exclusive offers via text messages from Biotrust.com" on the above webform only appears when a consumer like Plaintiff enters their phone number, but it is not pre-selected. That is, a consumer like Plaintiff must actually click the button and slide it to the right in order to opt in to receive SMS text messages from BioTrust. Plaintiff would not have received any text messages sent by or on behalf of BioTrust unless she affirmatively clicked the "Yes! Keep me up to date on news and exclusive offers via text messages from Biotrust.com" button reflected in the above webform when completing her purchase on September 28, 2020. Plaintiff also visited the BioTrust website again in the future, for example again on November 12, 2020.

4. BioTrust's software systems and databases track every person who purchases a product from BioTrust, including whether those persons affirmatively opt-in to receiving text messages by or on behalf of BioTrust at the time of their purchase(s). I obtained and reviewed BioTrust's internal business records regarding Plaintiff's purchase of Keto Elevate™ — Pure C8 MCT Oil Powder from BioTrust on September 28, 2020. BioTrust's records demonstrate that Plaintiff affirmatively opted-in to receiving SMS text messages from BioTrust when she completed her purchase on September 28, 2020. BioTrust systems track SMS messages similar to those sent to the Plaintiff. BioTrust's records show that Plaintiff received 17 text messages, 16 of

which contained instructions with one of "Text Stop to stop," "Text Stop to opt out," or "Text Stop to opt-out." Any consumers who subsequently opt-out or are unsubscribed are automatically removed from receiving SMS text messages from BioTrust. BioTrust's records confirm that Plaintiff was subscribed to receive SMS text messages from BioTrust until October 30, 2024.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed this 27th day of June, 2025, in Crystal Lake, Illinois.

_____
Brian Rosin

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2025, I have caused a true and correct copy of the foregoing **EXHIBIT 1 – DECLARATION OF BRIAN ROSIN IN SUPPORT OF DEFENDANT BIO TRUST NUTRITION, LLC'S MOTION TO BIFURCATE DISCOVERY** to be served with the Court via the CM/ECF system, which shall serve the same on the following:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan D. Ball*
　　　　　　　　　　　　　　　　　　　　　　　Ryan D. Ball

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*