## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**PEGGY BANKS,**

    Plaintiff,

v.

**BIO TRUST NUTRITION, LLC,**

    Defendant.

_____/

**Case No.**

**1:25-cv-00851**

## [PROPOSED ORDER DENYING] DEFENDANT'S MOTIONS TO BIFURCATE DISCOVERY AND FOR PROTECTIVE ORDER

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that Defendant's Motions to Bifurcate Discovery and for Protective Order (ECF Nos. 14, 15) are hereby DENIED.

*BY THE COURT:*

_____

J.