IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00851-GPG

PEGGY BANKS, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

BIO TRUST NUTRITION, LLC,

        Defendant.

---

## NOTICE OF ENTRY OF APPEARANCE

---

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in the above-captioned matter as counsel for:

**Defendant Bio Trust Nutrition, LLC**.

DATED at Irvine, California on this 30th day of March 2026.

|  |
|---|
| Darren K. Cottriel |
| Name of Attorney |
| |
| JONES DAY |
| Firm Name |
| |
| 3161 Michelson Drive, Suite 800 |
| Office Address |
| |
| Irvine, CA 92612 |
| City, State, ZIP code |
| |
| (949) 851-3939 |
| Telephone Number |
| |
| dcottriel@jonesday.com |
| Primary CM/ECF E-mail Address |

NOTICE OF ENTRY OF APPEARANCE
Case No. 1:25-CV-00851-GPG

Dated: March 30, 2026

Respectfully Submitted,

JONES DAY

By: *s/ Darren K. Cottriel*
    Darren K. Cottriel
    dcottriel@jonesday.com
    3161 Michelson Drive, Suite 800
    Irvine, CA  92612
    Telephone:    +1.949.851.3939
    Facsimile:    +1.949.553.7539

    *Attorneys for Defendant*
    *Bio Trust Nutrition, LLC*

NOTICE OF ENTRY OF APPEARANCE
Case No. 1:25-CV-00851-GPG

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 30th day of March, 2026,  I have caused a true and correct copy

of the foregoing **NOTICE OF ENTRY OF APPEARANCE** to be served with the Court

via the CM/ECF system, which shall serve the same on the following:

Andrew Roman Perrong, Esq.
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: 215-225-5529
Facsimile: 888-329-0305
Email: a@perronglaw.com

Anthony Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
Email: anthony@paronichlaw.com

*Attorneys for Plaintiff*

*/s/ Darren K. Cottriel*
Darren K. Cottriel

*Attorneys for Defendant*
*Bio Trust Nutrition, LLC*

NOTICE OF ENTRY OF APPEARANCE
Case No. 1:25-CV-00851-GPG