## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

PEGGY BANKS, individually and on behalf   :
of all others similarly situated,            :   CASE NO. 1:25-cv-00851
                                      :

     Plaintiff,                  :

                                        :

v.                                   :

                                        :

BIO TRUST NUTRITION, LLC         :

     Defendant.            :

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P.

41(a)(1) with each party to bear its own costs and fees. Plaintiff's individual claims are dismissed

with prejudice, and the putative class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this 8th day of April, 2026.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
Counsel for Plaintiff
PEGGY BANKS

*/s/ Darren K. Cottriel*
Darren K. Cottriel
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
949.851.3939
dcottriel@jonesday.com
Counsel for Defendant
BIO TRUST NUTRITION, LLC